AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

VANILLA CHIP LLC, a Nevada limited liability company, d/b/a TruHeight

*Plaintiff(s)*

v.

PURE SHILAJIT LLC, d/b/a Pure Shilajit and PURE HEALTH MAX

*Defendant(s)*

Civil Action No. 2:26-cv-03625

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pure Shilajit LLC, d/b/a Pure Shilajit and PURE HEALTH MAX
30 N Gould St Ste R
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blair R. Jackson, Esq. (Nev. Bar No. 9839)
API Law, PLLC
2551 N. Rampart Blvd., Suite 372
Las Vegas, Nevada 89128
Telephone: (725) 209-5889
brj@api.law

Christopher A. Lund (12435)
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9361
tlund@grsm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

CLERK OF COURT

Date: 11/3/2026

*Signature of Clerk or Deputy Clerk*